| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 4:02-M-0516-001 |
| | DOCKET NUMBER *(Rec. Court)* |
| | CR03-5033 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Middle District of Georgia | DIVISION<br>Columbus | |
|---|---|---|---|
| David J. Harris<br>5014 Utah<br>Fort Lewis, WA 98433 | NAME OF SENTENCING JUDGE<br><br>G. Mallon Faircloth | | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>8/9/2002 | TO<br>8/8/2003 |

OFFENSE

MISC - Miscellaneous Offense

*(Stamp: ENTERED ON DOCKET JAN 10 2003 CY DEPUTY)*

*(Stamp: FILED LODGED RECEIVED JAN 09 2003 CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA BY DEPUTY)*

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF WASHINGTON upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/2/02
Date

G. Mallon Faircloth
U. S. Magistrate Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-9-03
Effective Date

U. S. Magistrate Judge

cm

United States District Court
for the
Western District of Washington
January 10, 2003


* * MAILING CERTIFICATE OF CLERK * *


Re:  3:03-cr-05033


True and correct copies of the attached were mailed by the clerk to the following:

    United States Probation Office
    US PROBATION OFFICE
    ROOM 1310
    1717 PACIFIC AVE
    TACOMA, WA  98402-3231
    FAX 1-253-593-6378